# EXHIBIT A

| **SUMMONS - CIVIL**<br>JD-CV-1  Rev. 2-20<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | **For information on ADA accommodations,** contact a court clerk or go to: *www.jud.ct.gov/ADA*. | **STATE OF CONNECTICUT<br>SUPERIOR COURT**<br>*www.jud.ct.gov*  |
|---|---|---|

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO:** Any proper officer
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>70 Huntington Street, New London, CT 06320 | Telephone number of clerk<br>( 860 ) 443 – 5363 | **Return Date** *(Must be a Tuesday)*<br>09/29/2020 |
|---|---|---|
| ☒ Judicial District    G.A.<br>☐ Housing Session    ☐ Number: | At *(City/Town)*<br>New London | Case type code *(See list on page 2)*<br>Major: **M**      Minor: **90** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Michael E. Satti Attorney at Law, LLC | Juris number *(if attorney or law firm)*<br>414106 |
|---|---|
| Telephone number<br>( 860 ) 599 – 5988 | Signature of plaintiff *(if self-represented)* | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>msatti@satti-law.com |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: Marcel Duzant<br>Address: 13 Mallard Lane, Waterford, CT 06385 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: New London Board of Education<br>Address: 134 Williams St, New London, CT 06320 | D-01 |
| **Additional defendant** | Name:<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |
| Total number of plaintiffs: 1 | Total number of defendants: 1     ☐ Form JD-CV-2 attached for additional parties | |

### Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>09/08/2020 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>Rebecca S. Malinguaggio |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

*For Court Use Only*
File Date

| | |
|---|---|
| RETURN DATE: SEPTEMBER 29, 2020 | J.D. OF NEW LONDON |
| MARCEL DUZANT | AT NEW LONDON |
| VS. | |
| | SEPTEMBER 8, 2020 |
| NEW LONDON BOARD OF EDUCATION | |

## COMPLAINT

**COUNT ONE (C.G.S. §46a-60(b)(1)):**

1. The Plaintiff, Marcel Duzant, is and was at all material times hereto a resident of Connecticut with a home in Waterford, Connecticut.

2. The Defendant, New London Board of Education, is a governmental entity with its principal office in New London, Connecticut.

3. The Plaintiff is a member of a protected class based on his race, which is Hispanic.

4. The Plaintiff was employed by the Defendant as a part-time custodian at Harbor Elementary School between approximately February 11, 2019 and May 9, 2019.

5. On or about May 1, 2019 the Plaintiff received an email from the principal of Harbor Elementary School ordering him to report to Human Resources the following day to meet with a representative of Human Resources, Ms. Grace Sanchez ("Ms. Sanchez").

6. On or about May 2, 2019, the Plaintiff met with Ms. Sanchez at the Human Resources Office, at which time Ms. Sanchez told the Plaintiff, "tell me about 1998".

7. The Plaintiff proceeded to explain to her a minor incident that occurred in 1998 which resulted in a conviction for a misdemeanor, which the Plaintiff thought had been erased at the time he applied for the custodian position, and Ms. Sanchez thereafter forced the Plaintiff to put a statement in writing and to sign it.

1

8. On or about May 6, 2019, Ms. Sanchez called the Plaintiff to inform him that due to the information provided in the May 2, 2019 meeting he no longer had a job at Harbor Elementary School.

9. On or about May 9, 2020 the Plaintiff received a letter stating he was terminated due to his failure to successfully complete his pre-employment screening.

10. As part of the Plaintiff's job with the Defendant, he had no direct contact with children at the elementary school as his shift was after school hours.

11. The Defendant discriminated against the Plaintiff on the basis of his race when he was improperly asked about his prior criminal history which had occurred twenty-one (21) years prior to being hired by the Defendant.

12. As a result of the Defendant's conduct, the Defendant violated C.G.S. §46a-60(b)(1).

13. As a result of the Defendant's discrimination alleged above, the Plaintiff has suffered and continues to suffer damages.

**COUNT TWO (42 U.S.C. §2000e-2):**

1-13. Paragraphs 1 through 13 are re-alleged and hereby made and incorporated by reference as Paragraphs 1 through 13 of Count Two as if fully set forth herein.

14. As a result of the conduct alleged above, the Defendant violated 42 U.S.C. §2000e-2.

15. As a result of the Defendant's discrimination alleged above, the Plaintiff has suffered and continues to suffer damages.

WHEREFORE, the Plaintiff prays for judgment in his favor, including the following:

1. Compensatory damages;

2. Reasonable attorneys' fees and costs;

3. Reinstatement to his former position;

4. Such other relief as this Court deems fair and equitable.

      THE PLAINTIFF,
      MARCEL DUZANT

BY /s/ 
Rebecca S. Malinguaggio
Michael E. Satti Attorney at Law, LLC
125 Eugene O'Neill Drive, Suite 105
New London, CT 06320
Telephone: 860-599-5988
Facsimile: 860-442-4420

3

| | |
|---|---|
| RETURN DATE: SEPTEMBER 29, 2020 | J.D. OF NEW LONDON |
| MARCEL DUZANT | AT NEW LONDON |
| VS. | |
| NEW LONDON BOARD OF EDUCATION | SEPTEMBER 8, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand in the present matter is more than TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00), exclusive of interest and costs.

THE PLAINTIFF,
MARCEL DUZANT

BY /s/ Rebecca S. Malinguaggio
Rebecca S. Malinguaggio
Michael E. Satti Attorney at Law, LLC
125 Eugene O'Neill Drive, Suite 105
New London, CT 06320
Telephone: 860-599-5988
Facsimile: 860-442-4420

4